UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSSA ESPINOZA,<br><br>        Plaintiff,<br><br>    v.<br><br>J.B. HUNT TRANSPORT, INC., et al.,<br><br>        Defendants. | Case No. 25-cv-02368-SK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Regarding Docket No. 21 |

On December 19, 2025, Plaintiff Alyssa Espinoza and Defendant J.B. Hunt Transport, Inc. (collectively, "Parties") filed a stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Dkt. No. 21.)  Because all parties that have appeared in this case signed the stipulation of dismissal, the Court HEREBY DISMISSES this case WITH PREJUDICE.  Each party shall bear its own fees and costs.  The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: December 19, 2025



SALLIE KIM
United States Magistrate Judge